IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION



ENTERED
10/14/2009

| | | |
|---|---|---|
| IN RE: | § § | No. 09-33473-H4-13 |
| Tennant, Rebecca | § § | |
| Debtor(s) | § § § § | Chapter 13 |

## ORDER ON HSBC NEVADA BANK, N.A.'S CLAIM NO. 11-1

The Court has considered the Debtor's Objection to **HSBC Nevada Bank, N.A.'s** Claim No. 11-1 and finds that Debtor's Objection is sustained;

It is **ORDERED** that **HSBC Nevada Bank's** Claim No. 11-1 is disallowed as a secured claim and is to be treated as an general unsecured claim;

It is **FURTHER ORDERED** that the Debtor shall be awarded her attorney fees. **HSBC Nevada Bank** shall reimburse $400.00 to Debtor's attorney Busby & Associates by October 26, 2009;

It is **FURTHER ORDERED** that should **HSBC Nevada Bank** fail to comply with this Court's Order, it shall be sanctioned $50.00 per day starting October 27, 2009, and for each day thereafter, until **HSBC Nevada Bank** becomes compliant.

10-13-2009
Date

UNITED STATES BANKRUPTCY JUDGE

**Distribution:**
HSBC Nevada Bank, N.A.
eCAST Settlement Corp
c/o Bass & Associates, P.C.
3936 E. Ft Lowell Road, Suite # 200
Tucson, AZ 85712